CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 126569)
Chief, Criminal Division

BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN DANIEL DAGIO,<br><br>    Defendant. | NO. 3:20-CR-00431-WHO-3<br>[FILED NOVEMBER 17, 2020]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN DANIEL DAGIO,<br><br>    Defendant. | NO. 3:26-CR-00037-EMC-1<br>[FILED JANUARY 27, 2026]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The Government charged Defendant Juan Daniel Dagio in Case No. 3:20-cr-00431 in November 2020. Mr. Dagio pleaded guilty in that case to the Fraudulent Use of Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(2). And in

April 2024, he received a sentence of time served followed by a three-year term of supervised release. In December 2025, Mr. Dagio made his initial appearance on a Form 12 alleging a violation of his term of supervised release, which is pending in Case No. 3:20-cr-00431. The basis for the Form 12 is an attempted bank robbery that is alleged to have occurred on September 19, 2025. On January 27, 2026, a grand jury sitting in the Northern District of California returned an indictment charging Mr. Dagio for that attempted bank robbery in Case No. 3:26-cr-00037. As such, the indictment and the supervised release violation involve the same defendant and pertain to the same facts and evidence.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: January 28, 2026                                  Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Brandon K. Moore*
BRANDON K. MOORE
Assistant United States Attorney